■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DRISCOLL, Appellant. (Appeal No. 2.) — Judgment unanimously reversed and matter remitted to Supreme Court, Erie County, for further proceedings on the information. Same memorandum as in *People v Driscoll* (Appeal No. 1) (87 AD2d 996). (Appeal from judgment of Supreme Court, Erie County, Kasler, J. — burglary, third degree.) Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Doerr, JJ.